**No. 55466.**—Henri Bendel, Inc., et al. *v.* United States, protests 167539–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55467.**—Chas. H. Demarest, Inc., et al. *v.* United States, protests 168452–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 12, 1951

**No. 55468.**—Abady Bros. et al. *v.* United States, protests 108456–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55469.**—American Meshed Fur Company *v.* United States, protests 157690–K (B), etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 12, 1951

**No. 55470.**—SUIT 4644.—United States *v.* Westco Liquor Products Co.—

C. D. 1219 affirmed February 6, 1951.   C. A. D. 446.